UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MANAUEL SEGARRA ) | Chapter 7 |
| ) | |
| Debtor . ) | Bankruptcy No. 22-12207 |
| ) | |
| ) | Honorable Janet S. Baer |
| ) | Kane County |

## OBJECTION TO MOTION TO EXTEND TIME TO OBJECT TO DISCHARGE

Now Comes Manuel Segarra by his attorneys Jeffrey Strange and Associates and objects to the extension of time to object to discharge and in support states as follows:

1. Manuel Segarra is a 77 year old disabled US veteran who operates and owns a small gun store in West Chicago.

2. During the Covid Pandemic the business failed and the Debtor stopped making payments on its loans to movant in 2022 and the Debtor filed for protection under Chapter 7.

3. The meeting of creditors was on November 18, 2022.

4. The Debtor previously agreed to extensions to object to his discharge in December, 2022 and February, 2023 and provided the Movant with all relevant documents he had in his possession in early February, 2023 which included the documents given to the US Trustee at the time the case was filed – verification of his retirement income from Social Security; joint tax returns for 2019, 2020 and 2021 individual bank statements from US Bank from May 18 to October 19, 2022 for the account ending in 0491 and from April 14 through October 14, 2022 for his account ending in 8064; statements for Manny Segarra Guns for 2020, 2021 and 2022.

     5. The Debtor did not oppose an extension to object the Debtor's discharge from the United States Trustee and has provided requested documents.

     6. The movant issued a subpoena on April 12, 2023 and debtor will provide whatever additional requested documents he has.

     7. The Debtor is entitled to his fresh start and objects to the granting of any more extensions.

*/s/ Jeffrey Strange*

Jeffrey Strange, ARDC #3122923
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, Illinois 60091
Attorney No. 22702
(847) 256-7377
jeffreystrangeattorney@gmail.com
jstrangelaw@aol.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record in this cause, deposes and states on oath that he served the abovementioned document, a copy of which is attached hereto, upon the foregoing parties, by electronic transmission pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/ Electronic Case Filing System, and/or by U.S. Mail with proper postage prepaid from Wilmette, Illinois on the 26th day of April, 2023 before the hour of 5:30 p.m.

*/s/Jeffrey Strange*

Jeffrey Strange
Jeffrey Strange & Associates
717 Ridge Road
Wilmette, IL 60091
847/256-7377
fax: 847/256-1681
jstrangelaw@aol.com
jeffreystrangeattorney@gmail.com
ARDC# 3122923