UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.: 22-12207
Manuel Segarra,  )
 )   Chapter: 7
 )   Honorable Janet S. Baer
 )   Kane
Debtor(s)  )

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

This matter coming before the Court on the motion of WBL SPE III LLC (the "Creditor") for relief from the automatic stay,

IT IS HEREBY ORDERED THAT:

1. The automatic stay is modified so as not to restrain the Creditor from pursuing case number 2022-FC-000347 in the Circuit Court of DuPage County, Illinois, including its in rem non-bankruptcy remedies as to real estate commonly known as 32W161 North Ave., West Chicago, IL 60184, N/K/A 2117 E. North Ave., West Chicago, IL 60185, as well as any remedies against non-debtor defendants in that case.

2. The stay in Rule 4001(a)(3) is waived.

Enter: *[signature: Janet S. Baer]*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: May 12, 2023

**Prepared by:**

Ariane Holtschlag (6294327)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: aholtschlag@wfactorlaw.com